JAMES W. WHITEHEAD, JR., Respondent, *v.* THE TRUSSED CONCRETE STEEL COMPANY, Appellant.

Pleading — Complaint or declaration — Anticipating defense.

APPEAL by the defendant from a judgment of the Municipal Court of the city of New York, eighth district, borough of Manhattan, rendered in favor of the plaintiff.

Adolph Hirsch Rosenfeld, for appellant.

Hastings & Gleason, for respondent.

PER CURIAM. As the defendant presented accord and satisfaction as a defense the learned trial justice quite prop-

erly allowed the plaintiff to show that fraud vitiated the settlement between the parties. It was not necessary that the plaintiff should have alleged the fraud in his pleading. He could not be assumed to have known that a defense would be interposed. The record shows no error requiring a reversal.

Present: GILDERSLEEVE, DUGRO and DOWLING, JJ.

Judgment affirmed, with costs.